In the Matter of CHARLES BELOUS, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

Argued October 27, 1937; decided October 27, 1937.

*Charles Belous,* in person, and *Irving Lemov* for appellant.

*Paul Windels, Corporation Counsel (Leonard M. Wallstein, Jr.,* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.